# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**LAURA J. DELANEY,**
    **Plaintiff,**

v.                        **Civil Case No. 23-13250-DPW**

**MASSACHUSETTS INSTITUTE OF TECHNOLOGY LONG TERM DISABILITY PLAN, ET AL.**
    **Defendants.**

.

## SETTLEMENT ORDER OF DISMISSAL

**MURPHY, J.**

The Court having been advised on **January 23, 2025** that the above-entitled actions have been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action no later than **March 10, 2025**, if settlement is not consummated.

                                                 By the Court,

January 23, 2025                 /s/ Barbara I. Beatty
    Date                                    Deputy Clerk